**Order entered November 19, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01535-CV

**SUSAN STEVENSON, INDIVIDUALLY, AND AS PARENT OF THE MINOR CHILD, ABYGAIL ALANA JANE HARRIS, DECEASED, Appellant**

**V.**

**FORD MOTOR COMPANY, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-03439-2017**

## ORDER

Before the Court is the parties' November 15, 2019 joint motion to abate the appeal. The parties request that the appeal be temporarily abated to allow the trial court to sign a final judgment and assign a new cause number as contemplated in the trial court's severance order. They also request leave to file an amended notice of appeal referencing the new cause number.

The Court **GRANTS** the parties' November 15, 2019 joint motion to abate the appeal.

The Court **ORDERS** the trial court, within **THIRTY DAYS** of this order, to either: (1) sign a final judgment as contemplated by the severance order; or (2) otherwise clarify the status of the severed proceedings.

The Court **GRANTS** appellant leave to file an amended notice of appeal referencing the trial court's new cause number in the event that one is assigned.

The Court also **ORDERS** appellant to cause the signed final judgment to be included in a supplemental clerk's record within **THIRTY DAYS** of this order. Failure to comply with this order will result in dismissal of this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

The appeal is **ABATED** to allow the trial court to comply with the above order.

The appeal shall be automatically reinstated **THIRTY DAYS** from the date of this order.

/s/      LESLIE OSBORNE
PRESIDING JUSTICE